No. 3526.—ROMÁN y APONTE, peticionarios, *v.* ALCAIDE DE LA CÁRCEL.—C. D. Guayama. *Habeas corpus.* Mayo 29, 1928.

No. 3496.—PUEBLO, apldo., *v.* VILLAFAÑE, aplte.—C. D. San Juan. Acometimiento y agresión. Mayo 31, 1928.

No. 3495.—PUEBLO, apldo., *v.* VILLAFAÑE, aplte.—C. D. San Juan. Portar armas. Mayo 31, 1928.

No. 3541.—PUEBLO, apldo., *v.* DÍAZ, aplte.—C. D. Humacao. Infracción Ley Nacional de Prohibición. Junio 14, 1928.

No. 3545.—DEL VALLE, peticionario-apelante, *v.* CALZADA, apldo.—C. D. Humacao. *Habeas corpus.* Junio 14, 1928.

No. 3539.—PUEBLO, apldo., *v.* NIEVES FIGUEROA, aplte.— Infracción artículo 159 del Código Penal. Junio 14, 1928.

No. 3555.—PUEBLO, apldo., *v.* GARCÍA, aplte.—C. D. San Juan. Infracción Reglamento de Sanidad No. 31. Junio 22, 1928.

No. 3577.—PUEBLO, apldo., *v.* HERNÁNDEZ, aplte.—C. D. Aguadilla. Violación. Junio 22, 1928.

No. 3576.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. Aguadilla. Violación. Junio 22, 1928.

No. 3575.—PUEBLO, apldo., *v.* TORRES, aplte.—C. D. Aguadilla. Violación. Junio 22, 1928.

No. 3579.—PUEBLO, apldo., *v.* GONZÁLEZ, aplte.—C. D. Aguadilla. Acometimiento y agresión grave. Junio 22, 1928.

No. 3580.—PUEBLO, apldo., *v.* PÉREZ, aplte.—C. D. Aguadilla. Portar armas. Junio 22, 1928.

No. 3582.—PUEBLO, apldo., *v.* LÓPEZ ORTIZ, aplte.—C. D. San Juan. Portar armas. Junio 22, 1928.

No. 3583.—PUEBLO, apldo., *v.* LÓPEZ ORTIZ, aplte.—C. D. San Juan. Acometimiento con circunstancias agravantes. Junio 22, 1928.

No. 3584.—PUEBLO, apldo., *v.* LÁTIMER, aplte.—C. D. San Juan. Acometimiento simple. Junio 22, 1928.

No. 3588.—PUEBLO, apldo., v. CORREA, aplte.—C. D. San